UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

WILLIE P. GREEN,                      )
                                      )
                Plaintiff,            )
                                      )
v.                                    )          No. 1:22-CV-00030-JRG-SKL
                                      )
                                      )
MCMINN COUNTY,                        )
                                      )
                Defendant.            )
                                      )

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, this prisoner's pro se complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, Plaintiff is **DENIED** leave to appeal *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

_____
            s/J. RONNIE GREER
        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

*s/ LeAnna R. Wilson*
District Court Clerk